STATE OF MAINE
*vs.*
DAVID ROSS

Aroostook.   Opinion, February 2, 1965

*John O. Rogers, County Attorney*, for State.

*Nathan H. Solman*, for Defendant.

SITTING: WILLIAMSON, C. J., WEBBER, TAPLEY, SULLIVAN, SIDDALL, MARDEN, JJ.

## MEMORANDUM DECISION

This case was reported to the Law Court by agreement of the parties upon defendant's demurrer and State's joinder.

The defendant has filed no brief and has made no argument.   Defendant has accordingly abandoned his challenge of the legal sufficiency of the State's complaint.

The entry will be:

> *Case remanded to the Superior Court.*